(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

**FILED**
**Nov 25 2025**
**Clerk, U.S. District Court**
**Western District of Texas**

BY:  **AQ**
**Deputy**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | §   CASE NUMBER: EP:25-M -06530(1)  **LE** |
| vs. | § |
| | § |
| **(1) EDUIN NOE MURILLO-RAMIREZ** | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Eduin Noe MURILLO-Ramirez, was represented by counsel,  Luis Gutierrez.

The defendant pled guilty to the complaint on November 25, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section / Nature of Offense | | Date of Offense | Count |
|---|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 11/21/2025 | One |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 11/21/2025 | Two |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 11/21/2025 | Three |

As pronounced on November 25, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **Time Served + (1) one business day as to Counts One, Two, and Three, to run concurrently**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 25th day of November, 2025.

LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE